IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
ROBERT EARL CLAYBORNE, JR.,    )
                               )
            Plaintiff,         )         8:15CV144
                               )
      v.                       )
                               )
LANCASTER COUNTY, et al.,      )         ORDER
                               )
            Defendant.         )
                               )
```

      This matter is before the Court on its own motion. Federal Rule of Civil Procedure 11 states that "every pleading . . . must be signed by at least one attorney of record . . . or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Further, "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.* Plaintiff, who is proceeding pro se, failed to sign his complaint.

      On May 8, 2015, a Deputy Clerk notified plaintiff about the signature deficiency. (*See* Filing No. 8.) The Court warned plaintiff that if he failed to correct the deficiency within 15 days, his pleading could be stricken from the record in this case. To date, plaintiff has failed to sign his pleading.

IT IS ORDERED:

1. Plaintiff has 30 days to show cause why this case should not be dismissed for failure to comply with Rule 11. If plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The clerk of the court is directed to set a pro se case management deadline with the following text: July 7, 2015: check for response to show cause order.

DATED this 8th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.