IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
ROBERT EARL CLAYBORNE, JR.,    )
                               )
             Plaintiff,        )        8:15CV144
                               )
      v.                       )
                               )
LANCASTER COUNTY, et al.,      )        ORDER
                               )
             Defendant.        )
                               )
```

This matter is before the Court on its own motion. Upon careful consideration,

IT IS ORDERED:

1. Plaintiff has 15 days in which to submit a signed version of his complaint to the Court. Failure to do so will result in dismissal of this case without further notice. The clerk of the court is directed to set the following pro se case management deadline: July 20, 2015: check for signed complaint.

2. The clerk of the court is directed to send to plaintiff a copy of his complaint (Filing No. 1) for signing.

DATED this 16th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.